IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00575-AP

JACQUELINE HAWK,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Diane K. Bross
5245 Centennial Blvd., Suite 103
Colorado Springs, Colorado 80919
Telephone (719) 634-7734
E-mail: Dbross@dianebrosslaw.com

For Defendant:
JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
1001 Seventeenth Street, Sixth Floor
Denver, Colorado 80202
303-844-0815
303-844-0770 Facsimile
stephanie.kiley@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C.
§ 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint Was Filed:**                                    March 6, 2012

**B.  Date Complaint Was Served on U.S. Attorney's Office:**          March 12, 2012

**C. Date Answer and Administrative Record Were Filed:**             May 11, 2012

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of her knowledge, Counsel for Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Counsel for Defendant states that the record is complete and accurate.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Counsel for Plaintiff states:**   To the best of her knowledge, this case does not involve unusual claims or defenses.

**Counsel for Defendant states:**  To the best of her knowledge, this case does not involve unusual claims or defenses.

## 7.  OTHER MATTERS

There are no other matters anticipated.

## 8.  BRIEFING SCHEDULE

The parties respectfully request the following briefing schedule:

**A.  Plaintiffs Opening Brief Due:**                                July 10, 2012

**B.  Defendant's Response Brief Due:**                              August 9, 2012

**C.  Plaintiffs Reply Brief (If Any) Due:**                         August 24, 2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

### A.  Plaintiffs Statement:

Plaintiff does not request oral argument.

### B.  Defendant's Statement:

Defendant does not request oral argument

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 29th day of May, 2012.


BY THE COURT:

  _s/John L. Kane_____

U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s/ Diane K. Bross<br>*Diane K. Bross, Esq. # 31656*<br>5245 Centennial Blvd., Suite 203<br>Colorado Springs, Colorado 80919<br>Telephone (719) 634-7734<br>dbross@dianebrosslaw.com | JAMES F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>District of Colorado<br><br>/s/ Stephanie Lynn F. Kiley<br>Stephanie Lynn F. Kiley<br>Assistant Regional Counsel<br>1001 Seventeenth Street, Sixth Floor<br>Denver, Colorado  80202<br>Telephone:  (303) 844-0815<br>stephanie.Kiley@ssa.gov<br><br>Attorneys for Defendant. |