## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00575-PAB

JACQUELINE HAWK,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.[1]

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order** [#20] entered by Judge Philip A. Brimmer on March 29, 2013, which order is incorporated herein by this reference.

**ACCORDINGLY, IT IS ORDERED** that the decision of the Commissioner that plaintiff was not disabled is REVERSED and REMANDED for further proceedings consistent with the Court's opinion.  It is

**FURTHER ORDERED** that judgment is entered in favor of the plaintiff and against the defendant.  It is

**FURTHER ORDERED** that the plaintiff is **AWARDED** her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin, who as of Feb. 14, 2013 has been named as the Acting Commissioner, is automatically substituted for Michael J. Astrue as the defendant in this suit.

DATED at Denver, Colorado, this 30th day of March, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: <u>s/Edward P. Butler</u>
      Edward P. Butler
      Deputy Clerk