IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-00575-PAB

JACQUELINE HAWK,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## ORDER

This matter comes before the Court on the Joint Motion for an Award of Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) [Docket No. 22], filed by plaintiff Jacqueline Hawk and defendant Carolyn W. Colvin. The Court has reviewed the pleading and is fully advised of the premises.

Accordingly, it is

**ORDERED** that the Joint Motion and Stipulation for Payment of Attorney's Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) [Docket No. 22] is **GRANTED**. Defendant is ordered to pay the amount of $3,500.00 to plaintiff for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). It is further

**ORDERED** that this award is without prejudice to plaintiff's right to seek attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. It is further

**ORDERED** that, pursuant to *Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007), the EAJA attorney's fee award shall be made payable to plaintiff and mailed to plaintiff's attorney at the following address: Diane K. Bross, 2139 Chuckwagon Road, Ste. 305, Colorado Springs, CO 80919.  It is further

**ORDERED** that, if it is determined upon effectuation of this Order that plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program and the Commissioner agrees to accept the assignment, the fee awarded herein shall be made payable to plaintiff's attorney.  If there is such a debt, any fee remaining after offset will be payable to plaintiff and delivered to plaintiff's attorney.

DATED June 10, 2013.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge